JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J., Father,<br>C.H., Mother, and<br>I.J., a minor by and through her guardian *ad litem*, R.J.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>IRVINE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. 8:22-cv-01180-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the "Order Affirming Decision of Office of Administrative Hearings" entered substantially concurrently herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 20 U.S.C. § 1415(i)(3)(A) and 28 U.S.C. § 1331.

2. The decision of the Administrative Law Judge before the Office of Administrative Hearings is **AFFIRMED**.

3. Defendant Irvine Unified School District shall have **JUDGMENT** in its **FAVOR** and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of this action. This action is **DISMISSED**.

4. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 9, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE